UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KERON BRODLEY, Petitioner, v. MARK SEVIER, Respondent. | Case No. 1:13-cv-1874-TWP-MJD |

FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58

The Court having this day directed the entry of final judgment, the Court now enters FINAL JUDGMENT in favor of the respondent and against the petitioner, Keron Brodley.

Mr. Brodley's petition for writ of habeas corpus is denied and the action is dismissed with prejudice.

Date: 11/5/2014

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Laura Briggs, Clerk of Court

By: _____
Deputy Clerk

Distribution:

All electronically registered counsel

Keron Brodley
No. 201173
Miami Correctional Facility
3038 West 850 South
Bunker Hill, IN 46914